UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH DOWNING,<br><br>      Plaintiff(s),<br><br>v.<br><br>OSVALDO FUMO, et al.,<br><br>      Defendant(s). | Case No. 2:23-cv-00419-ART-NJK<br><br>**ORDER**<br><br>[Docket No. 12] |

On July 27, 2023, the Court screened Plaintiff's amended complaint, found that it failed to establish subject matter jurisdiction, and set a deadline to file a second amended complaint at August 31, 2023. Docket No. 10. Pending before the Court is Plaintiff's motion to extend the deadline to file a second amended complaint in an effort to cure the deficiencies identified in the prior order. Docket No. 12. Although the Court finds good cause for an extension, it does not find good cause for the 90-day to 180-day extension sought, particularly given that Plaintiff has already had 30 days to prepare a second amended complaint. Accordingly, the motion to extend is **GRANTED** in part and **DENIED** in part. The deadline for Plaintiff to file a second amended complaint is **EXTENDED** to October 2, 2023.

IT IS SO ORDERED.

Dated: August 28, 2023

                                                                                                                                Nancy J. Koppe<br>
                                                                                                                               United States Magistrate Judge